IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN HEILMAN,

    Petitioner,                               No. CIV S-11-3452 EFB P

    vs.

CALIFORNIA MEDICAL FACILITY, et al.,

    Respondents.                        <u>ORDER</u>

/

      Petitioner, a prisoner without counsel, has filed a petition for a writ of mandamus. *See* 28 U.S.C. § 1361. This case is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2).

      Petitioner asks this court to issue a writ of mandamus to California Department of Corrections officials to release him from disciplinary detention within his correctional institution. Pet. at 2.

      Petitioner has not paid the filing fee or filed a motion to proceed *in forma pauperis*. *See* 28 U.S.C. § 1914 (filing fee of $350 in every "civil action, suit or proceeding" except for a writ of habeas corpus), § 1915 (*in forma pauperis* statute). Thus, this action may not proceed.

      Regardless, in a mandamus action, the court can only issue orders against employees, officers or agencies of the United States. 28 U.S.C. § 1361. This court cannot issue a writ of

1

mandamus commanding state officials to release petitioner from disciplinary detention. *See Demos v. United States Dist. Court for the E. Dist. of Wash.*, 925 F.2d 1160, 1161 (9th Cir. 1991); *Clark v. Washington*, 366 F.2d 678, 681-82 (9th Cir. 1966).

Accordingly, it is hereby ordered that:

1. The petition for a writ of mandamus is denied; and
2. The Clerk is directed to enter judgment in this action.

DATED: January 24, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE